# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | Case No.: 1:06cr00062 |
| ) | |
| DAMIAN ANTONIO MURPHY, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on a motion to suppress, ("the Motion") (Docket Item No. 43), filed on behalf of the defendant, Damian Antonio Murphy. Murphy's co-defendants, Marsha Arlene Massengill and James Anthony McCord, have each filed motions to join the Motion. (Docket Items Nos. 45, 46). The case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the defendant's Motion be denied. Upon review of the objections to the report and recommendation, and all other relevant filings, the court is of the opinion that the Magistrate Judge's report should be affirmed.

For the reasons detailed in the Magistrate Judge's report and recommendation, the defendants' Motion is hereby **DENIED.** The Clerk is directed to enter this Order and send certified copies to all counsel of record.

ENTER: This 20th day of December, 2006.

_____
THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE